**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gerald Clarence Gilgren, | No. CV-06-617-PHX-DGC (BPV) |
| Petitioner, | **ORDER** |
| v. | |
| Warden Dora B. Schriro; Attorney General of the State of Arizona; and Judge Anna M. Baca, | |
| Respondents. | |

Petitioner Gerald Gilgren is a prisoner incarcerated at the Arizona State Prison Complex-Eyman. Petitioner has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Dkt. #1. The case was assigned to the undersigned Judge and referred to United States Magistrate Judge Bernardo P. Velasco on March 2, 2006. Dkt. #2.

Judge Velasco issued a report and recommendation ("R&R") on October 31, 2006. Dkt. #17. The R&R recommends that the Court dismiss the petition as time-barred. *Id.* at 8. Judge Velasco advised the parties that they had ten days to file objections to the R&R. *Id.*; *see* 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b). Judge Velasco further advised the parties that if objections were not timely filed, they may be deemed waived. *Id.*

The parties did not file objections, which relieves the Court of its obligation to review the R&R. *See* 28 U.S.C. § 636(b)(1)(C) ("A judge of the court shall make de novo determination of those portions of the [magistrate judge's] report or specified proposed

findings or recommendations to which objection is made."); Fed. R. Civ. P. 72(b) (same); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (quoting § 636(b)(1)(C)); *Thomas v. Arn*, 474 U.S. 140, 149 (1985) ("[Section 636] does not . . . require any review at all . . . of any issue that is not the subject of an objection."). The Court will accept the R&R and dismiss the petition. *See* 28 U.S.C. § 636(b)(1)(C) (stating that the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate"); Fed. R. Civ. P. 72(b) (same).

In addition, Petitioner named Judge Anna Baca as a respondent to the petition. Dkt. #1. "It is well-established in [this] Circuit that a petitioner for habeas corpus relief under 28 U.S.C. § 2254 must name 'the state officer having custody of him as the respondent to the petition.'" *Smith v. Idaho*, 392 F.3d 350, 354 (9th Cir. 2004) (quoting *Stanley v. Cal. Supreme Ct.*, 21 F.3d 359, 360 (9th Cir. 1994)). "'This person typically is the warden of the facility in which the petitioner is incarcerated.'" *Id.* In this case, the warden of the facility in which Petitioner is incarcerated is Dora Schriro, not Judge Baca. *See* Dkt. #1. The Court accordingly will dismiss Judge Baca from this action.

**IT IS ORDERED:**

1. Magistrate Judge Bernardo P. Velasco's report and recommendation (Dkt. #17) is **accepted**.

2. Petitioner Gerald Clarence Gilgren's petition for writ of habeas corpus (Dkt. #1) is **dismissed**.

3. Respondent Anna M. Baca is **dismissed**.

4. The Clerk of Court shall **terminate** this action.

DATED this 30th day of November, 2006.

David G. Campbell
United States District Judge